IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-116-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JABARR RYEHEINE RUDOLPH, | ) | |
| | ) | |
| Defendant. | ) | |

On August 21, 2017, Jabarr Ryeheine Rudolph filed a motion for reconsideration [D.E. 672]. The motion lacks merit and is DENIED.

SO ORDERED. This **26** day of September 2017.

JAMES C. DEVER III
Chief United States District Judge