IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-116-D
No. 7:20-CV-168-D

| | |
|---|---|
| JABARR RYEHEINE RUDOLPH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On June 29, 2022, Jabarr Ryeheine Rudolph filed a motion for certificate of appealability [D.E. 1655]. The court DENIES the motion [D.E. 1655] as meritless. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 29 day of June, 2022.

JAMES C. DEVER III
United States District Judge